UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | ) ) ) | |
| Plaintiff, | ) ) ) | No.  11-CV-00411-JFB-TDT |
| v. | ) ) | |
| TERESA BALLARD, as Personal Representative of the Estate of EVELYN ROSE CAIN, and PATRICK K. CAIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER TO DEPOSIT ADMITTED LIABILITY

This matter is before the court on the parties joint motion for leave to deposit the admitted liability of plaintiff North American Company for Life and Health Insurance ("NACOLAH"), Filing Number 12.  The court finds the motion should be granted.  Accordingly,

IT IS ORDERED

1.  The parties joint motion for leave to deposit (filing number 12) is granted.

2.  NACOLAH is granted leave to deposit with the Clerk and/or into the Registry of this Court its admitted liability in the amount of One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) plus post-death interest.

3.  The Clerk of this Court is hereby, upon entry of this Order, directed to receive said sum, issue its receipt for same, and hold said sum pending further Order of this Court.

4.  The Clerk of this Court is directed to deposit the aforesaid sum into an interest-bearing account pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

DATED this 12th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge